# United States Court of Appeals
## For the First Circuit

No. 14-1359

CARMEN D. BURGOS-YANTÍN, et al.,

Plaintiffs, Appellees,

v.

MUNICIPALITY OF JUANA DÍAZ, et al.,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on November 19, 2018, is amended as follows:

From page 7, line 12, through page 8, line 2, substitute the following text, including footnotes 6 and 7:
. . . .
Municipality in this case.  The Municipality has never challenged the Secretary's Law 9 decision in the commonwealth courts.**[fn 6]** Although the Municipality contends that it had no means of seeking review under Puerto Rico law, the Fajardo decision itself -- the result of another municipality's challenge to a Law 9 decision -- belies that contention.**[fn 7]** Hence, "by the time . . . ."

**[fn 6]** The Municipality claims that it challenged the Secretary's decision by filing an amicus brief with the Supreme Court in the Fajardo case.  This argument is meritless. The Municipality's expression of support for a legal argument asserted by a different

- 1 -

municipality in a different case does not preserve that argument in its own proceeding.

**[fn 7]** The municipality in <u>Fajardo</u> challenged the Secretary's decision by filing a declaratory judgment action pursuant to Puerto Rico Civil Procedure Rule 59.

On page 8, line 20, remove superseded footnote 7.